**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-01384-CV

_____

## IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Before the Court is appellee's May 1, 2015 unopposed motion to compel the court reporter to file previously requested reporter's records. On December 12, 2014, appellee requested Glenda Johnson, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record from six hearings. To date, the requested reporter's records have not been filed.

We **GRANT** appellee's motion. We **ORDER** Glenda Johnson to file, **WITHIN THIRTY DAYS** of the date of this order, either the reporter's records with exhibits from the hearings held on the following dates:

1.      November 15, 2013;

2.      December 19, 2013;

3.      September 9, 2014;

4.      October 2, 2014;

5.      October 3, 2014; and

6.      November 17, 2014

or written verification that any of the hearings were not recorded or that appellee has not paid or made arrangements to pay for the requested reporter's records.  Appellant's brief will be due **THIRTY DAYS** after the reporter's record is complete.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable David Lopez, Judge of the 256th Judicial District Court, Glenda Johnson, and counsel for all parties.

/s/      ELIZABETH LANG-MIERS
       JUSTICE